# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNEST D. GLASPER,  :  <br>    Petitioner, : <br>                   : <br>    v.               : <br>                     : <br> WARDEN J. EBBERT  : <br>    Respondent   : | No. 1:18-cv-00001 <br><br> (Judge Kane) |

## ORDER

**AND NOW,** on this 19th day of September 2018, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT:**

1. The Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1), is **DISMISSED without prejudice**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
